JUNE 5, 1989

No. 88–1423.   KOPFMAN *v.* KOPFMAN.   Appeal from Ct. App. Cal., 5th App. Dist.   Judgment vacated and case remanded for further consideration in light of *Mansell* v. *Mansell, ante,* p. 581.

No. — – ——.   TUAN ANH NGUYEN *v.* OKLAHOMA.   Motion to file petition for writ of certiorari without an affidavit of indigency executed by petitioner granted.

No. — – ——.   FOLLETT *v.* HERMAN.   Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. A–914 (88–7246).   FREY *v.* PENNSYLVANIA.   Sup. Ct. Pa. Application for stay of execution of sentence of death, presented to JUSTICE BRENNAN, and by him referred to the Court, denied. JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS would grant the application.

No. D–772.   IN RE DISBARMENT OF BROWN.   Disbarment entered.   [For earlier order herein, see 489 U. S. 1075.]

No. D–775.   IN RE DISBARMENT OF GRAVES.   David Hardin Graves, of Houston, Tex., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on March 20, 1989 [489 U. S. 1075], is hereby discharged.

No. 88–599.   WASHINGTON ET AL. *v.* HARPER.   Sup. Ct. Wash.   [Certiorari granted, 489 U. S. 1064.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.